IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIRSTENERGY SOLUTIONS CORP., | : | |
| Plaintiff, | : | 3:14-CV-00378 |
| v. | : | (JUDGE MARIANI) |
| EMPIRE SCHUYLKILL, L.P., | : | |
| Defendant. | : | |

## ORDER

**AND NOW, THIS 2ND DAY OF FEBRUARY 2015**, upon consideration of Defendant's Motion to Set Aside Default (Doc. 9), and all accompanying briefs, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Set Aside Default (Doc. 9) is **GRANTED**.

2. The Clerk of the Court is **DIRECTED** to **VACATE** the entry of default (Doc. 7), dated April 9, 2014.

3. **Within 3 days of the date of this Order**, counsel for Defendant shall file "Answer of Defendant, Empire Schuylkill, L.P., with Affirmative Defenses and Counterclaim" previously filed as Exhibit H in Defendant's Motion to Set Aside Default (Doc. 9) which shall be separately docketed.

4. Plaintiff shall serve its answer to Defendant's counterclaim **within 21 days** of Defendant's filing of the aforementioned document.

5. The parties shall not enter into agreements for extensions of time of filing deadlines mandated by the Federal Rules of Civil Procedure or by order of this Court without securing court approval for such extensions.

_____
Robert D. Mariani
United States District Judge